People v Mulligan (2024 NY Slip Op 03968)

People v Mulligan

2024 NY Slip Op 03968

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, DELCONTE, KEANE, AND HANNAH, JJ.

443 KA 20-01659

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
EDWIN L. MULLIGAN, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (CLEA WEISS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a resentence of the Monroe County Court (Karen Bailey Turner, J.), rendered October 23, 2020. Defendant was resentenced upon his conviction of attempted murder in the second degree, assault in the first degree, criminal possession of a weapon in the second degree (two counts), criminal possession of a weapon in the third degree and endangering the welfare of a child. 
It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.
Memorandum: Defendant was convicted following a jury trial of, inter alia, attempted murder in the second degree (Penal Law
§§ 110.00, 125.25 [1]) and assault in the first degree (§ 120.10 [1]) and now appeals from a resentence with respect to that conviction. Contrary to defendant's contention, we conclude that the resentence is not unduly harsh or severe.
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court